UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHERYL LOUISE MARCHESE,

                Plaintiff,

    v.                                                  3:05-cv-0744

VILLAGE OF WAVERLY, NY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## ORDER

        It has come to the Court's attention that the *pro se* Plaintiff herein, Cheryl Louise Marchese, has been harassing members of the Clerk's Office. The harassment consists of, among other things, repeated phone calls, a hostile attitude, and the use of profanity. In light of this, the Court hereby orders that, due to her rude, unreasonable, and disruptive behavior, **CHERYL LOUISE MARCHESE** is hereby prohibited from contacting employees of the Clerk's Office for the Northern District of New York or the judicial chambers of any judicial officer of this District by telephone or in person. See, e.g., Goodman et al. v. Ballou et al., Nos. 94-00162 & 94-20516, slip op. at 2 (5th Cir. Nov. 1, 1994); Bliss Alexandra v. NOLO Press/Folk Law, Inc., No. 98-cv-0839 slip. op. at 2-3 (N.D.N.Y. Sept. 9, 1997); In re John R. "Jack" Walsh, No. 95-cv-0490, slip op. at 2 (N.D.N.Y. Dec. 22, 1995). Any and all communications with the Court, including the Clerk's Office, shall be in writing. **ANY VIOLATION OF THE FOREGOING WILL SUBJECT CHERYL LOUISE MARCHESE TO THE FULL SANCTION AND CONTEMPT POWERS OF THIS COURT**.

WHEREFORE, it is hereby

**ORDERED**, that **CHERYL LOUISE MARCHESE** is hereby prohibited from contacting employees of the Clerk's Office for the Northern District of New York or the judicial chambers of any judicial officer of this District by telephone or in person, and it is further

**ORDERED**, that all employees of the United States District Court for the Northern District of New York (including those of the Clerk's Office and the chambers of any judicial officer) refuse to speak with Cheryl Louise Marchese either in person or over the telephone, and it is further

**ORDERED**, that should Cheryl Louise Marchese wish to communicate with the Court she shall do so in writing only; and it is further

**ORDERED**, that Cheryl Louise Marchese shall not be permitted into any buildings used by the United States District Court or the United States District Court Clerk's Office without appropriate escort by a Court Security Officer or a United States Marshal; and it is further

**ORDERED**, that Cheryl Louise Marchese keep this Court informed of her current address, as is required by N.D.N.Y.L.R. 10.1(b)(2).  **Failure to do so will result in the dismissal of this action.**

IT IS SO ORDERED.

Dated:   September 29, 2006

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge