UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHERLY LOUISE MARCHESE,

                            Plaintiff,

   v.                                        3:05-cv-0744
VILIAGE OF WAVERLY, NY,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

      Plaintiff commenced the instant action against Defendants pursuant to 42 U.S.C. § 1983 claiming various violations of her civil rights. By letter motion received by the Court on January 29, 2007, Plaintiff requests various relief including: "intervention with [her] New York State Drivers License," removal of certain traffic violations, the removal of certain fines or suspensions, and the return of various monies and/or property.

      Plaintiff has failed to provide any legal basis upon which the Court could entertain her requests or provide the requested relief. Plaintiff similarly has failed to connect her requests with her pending lawsuit.

Accordingly, the motion is DENIED.

IT IS SO ORDERED.

Dated: January 31, 2007

Thomas J. McAvoy
Senior, U.S. District Judge